IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTS TECHNOLOGY GROUP, INC. | : CIVIL ACTION :  : |
| v. | : NO. 14-5677 : |
| CURWOOD, INC. | : |

# ORDER

AND NOW, this 27th day of January 2016, upon consideration of Defendant's Motion for Judgment as a matter of law or for modification of Judgment (ECF Doc. No. 127), Plaintiff's Opposition (ECF Doc. No. 130), Defendant's Reply (ECF Doc. No. 131), following our extensive review of the trial transcript, for the reasons detailed in the accompanying Memorandum including our finding while the jury found liability on the breach of contract claim, Plaintiff did not adduce sufficient evidence to support the jury's award of lost net profits, it is **ORDERED:**

1. Defendant's Motion (ECF Doc. No. 127) is **GRANTED in part** and the parties will proceed to a jury trial in accord with our Order entered today to determine Plaintiff's damages, if any, arising from the jury's November 3, 2015 verdict of Defendant breaching a contract with Plaintiff; and,

2. Our November 4, 2015 Judgment Order (ECF Doc. No. 124) is **VACATED** as to the jury's finding of damages owed by Defendant to Plaintiff.

KEARNEY, J.